IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
  Kurt W Stegman                            :      Case No. 1:18−bk−04071−HWV
  Debtor                                   :      Chapter 13

**MOTION TO REINSTATE CASE**

      NOW COMES, Kurt W Stegman, "the Debtor(s)" by and through counsel, Leonard Zagurskie, Jr., Esquire, and respectfully request that this Honorable Court reinstate Debtor's case, and as reasons therefore state(s) as follows:

      1.      Debtor(s) on September 26, 2018 filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

      2.      The Debtors' First Amended Chapter 13 Plan was confirmed by this Court, Order entered on March 1, 2019.

      3.      On December 30, 2019, the Chapter 13 Trustee filed a Certificate of Default case to be dismissed for material default.

      4.      On January 3, 2020 an Order was entered granting the motion to dismiss Debtors' case

      5.      Debtor is self-employed automobile body repairman. He was temporarily out of work and experienced financial difficulties. Debtor has now obtained motor vehicle automobile bodywork from a number of sources including Mease Motors a local used car sales dealer to fund his self-employment. Due to these circumstances the Debtors did not correspond with his attorney and the Order was entered dismissing Debtor's case,

      6.      Debtor proposes that his case be reinstated to allow Debtor to amend his plan attached hereto as Exhibit "A" and to resume making Chapter 13 plan payments because Debtor's chapter 13 Plan provides for payment of Trustee arrears and delinquent mortgage payments on his home.

      Wherefore, Debtor respectfully requests this Honorable Court issue an order reinstating the Debtor's Case to allow Debtor to resume making Chapter 13 plan payments.

Respectfully submitted,

LAW OFFICES OF LEONARD ZAGURSKE, JR

Date: January 8, 2020    /s/ Leonard Zagurskie, Jr., Esquire
Leonard Zagurskie, Jr., Esquire, PSB No. 82436

110 West Main Avenue, 1st Floor, Myerstown, PA 17067
Telephone: (717) 628-5180/ Fax: (717) 628-5182
Email: lzaglaw.usa@startmail.com